# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTYNIAK INSURANCE GROUP and MICHAEL E. AUGUSTYNIAK, <br><br> Defendants. | CASE NO. 8:12CV224 <br><br><br> ORDER |
| AXIS CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRONINGER INSURANCE AGENCY, LLC, JAMES E. GRONINGER, II, and JONATHAN H. GRONINGER, <br><br> Defendants. | CASE NO. 8:12CV227 <br><br><br> REASSIGNMENT ORDER |

Before the court are the Notice of Related Case (Filing No. 16) filed by the Plaintiff in Case No. 8:12CV224 and the Notice of Related Case (Filing No. 17) filed by the Plaintiff in Case No. 8:12CV227. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case No. 8:12CV227, *Axis Capital, Inc. v. Groninger Insurance Agency, LLC, et al.*, is reassigned to Senior District Judge Richard G. Kopf for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 12th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge