IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV224 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUGUSTYNIAK INSURANCE GROUP, | ) | |
| and MICHAEL E. AUGUSTYNIAK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the parties' joint stipulation (filing 24), treated as an unopposed motion for enlargement of time, is granted, as follows: Defendants shall have until November 13, 2012, to respond to Plaintiff's motion to dismiss (filing 19).

October 9, 2012.                 BY THE COURT:

                                         *Richard G. Kopf*
                                         Senior United States District Judge