IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| AUGUSTYNIAK INSURANCE | ) | |
| GROUP, and MICHAEL E. | ) | |
| AUGUSTYNIAK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a motion to stay discovery (filing 40), while Defendants have filed a motion for extension of time (filing 43) to allow them to conduct discovery before responding to Plaintiff's motion for summary judgment. In order to permit these motions to be fully briefed,

IT IS ORDERED that:

1. Plaintiff's deadline to respond to Defendants' discovery requests is continued until further order of the court; and

2. Defendants' deadline to respond to Plaintiff's motion for summary judgment (filing 37) is continued until further order of the court.

June 10, 2013.                BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge