IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AXIS CAPITAL, INC., | ) | 8:12CV224 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| AUGUSTYNIAK INSURANCE GROUP, and MICHAEL E. AUGUSTYNIAK, | ) ) ) | |
| | ) | |
| Defendants. | | |

Pursuant to the parties' joint stipulation (filing 58) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action, including all claims and counterclaims, is dismissed with prejudice, each party to pay their own costs and attorney fees.

September 11, 2013.  BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge